IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES THOMAS GADDY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:14cv1199-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Petitioner Charles Thomas Gaddy, Jr.'s motion for leave to file a motion for voluntary dismissal under Fed.R.Civ.P. 41(a)(2) (Doc. No. 10) is hereby GRANTED.

Accordingly, it is ORDERED that:

(1) Gaddy's motion for voluntary dismissal under Fed.R.Civ.P. 41(a)(2) (Doc. No. 10-2) is hereby GRANTED.

(2) This action under 28 U.S.C. § 2255 is hereby DISMISSED without prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

DONE, this 10th day of February, 2015.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE